# CASE ANNOUNCEMENTS

*April 29, 2014*

[Cite as *04/29/2014 Case Announcements #2*, 2014-Ohio-1815.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Zehringer.**
In Mandamus. This cause came on for further consideration upon the filing of respondents' cross-motion for leave to file supplemental evidence. It is ordered by the court that the motion is granted.

O'CONNOR, C.J., and FRENCH, J., dissent.

# CASE ANNOUNCEMENTS

*May 1, 2014*

[Cite as *05/01/2014 Case Announcements*, 2014-Ohio-1851.]

## MOTION AND PROCEDURAL RULINGS

**2009–1292. State ex rel. Doner v. Zehringer.**
In Mandamus. This cause came on for further consideration upon the filing of respondents' motion for leave to file supplement to evidence.

It is ordered by the court that relators shall file a response, if any, to the motion no later than 12:00 p.m. on Friday, May 2, 2014.